UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE WAUL,

                              Plaintiff,

          -v-                                   9:05-CV-24

LESTER N. WRIGHT, et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Upon due consideration of the submissions of plaintiff, his Motion for

Reconsideration (Docket No. 64) and Motion to Amend the Interlocutory Order (Docket No.

75) are DENIED.

          IT IS SO ORDERED.

_____
          United States District Judge

Dated:  November 28, 2006
          Utica, New York.